COURT'S
EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT. 15-18
DATE: 6/17/15

6/17/15

WE HAVE REACHED A VERDICT    1:19pm

KOURTNEY L. AVILA

COURT'S
EXHIBIT NO. _____
IDENTIFICATION/EVIDENCE
DKT. 02-15-18
DATE: 6/17/15

6/17/15

① WE WOULD LIKE TO SEE THE
   VIDEO FOOTAGE.

— KOURTNEY L. AVILA