**Federal Defenders OF NEW YORK, INC.**

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

David E. Patton
Executive Director and
Attorney-in-Chief

Eastern District
Peter Kirchheimer
Attorney-in-Charge

September 8, 2015

**By ECF**
The Honorable Senior Judge Frederic Block
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Chevelle Nesbeth 15CR18**

Your Honor:

      I write on behalf of Ms. Nesbeth to request an adjournment of the sentencing hearing currently scheduled for September 11, 2015 to a new date in late October or early November. There is a potential outstanding sentencing issue that the parties may be able to resolve. An adjournment may allow the parties to come to a joint resolution prior to sentencing. Undersigned counsel has spoken to the assigned Assistant United States Attorney in this case, Paul Scotti, and he has no objection to an adjournment during that time period.

      Thank you for your consideration.

                                                  Sincerely,

                                                  /S/ Amanda David
                                                  Amanda David
                                                  Counsel for Chevelle Nesbeth
                                                  Federal Defenders of New York, Inc.
                                                  One Pierrepont Plaza, 16th Floor
                                                  Brooklyn, NY 11201
                                                  718.330.1208

cc: AUSA Paul Scotti
     Clerk of Court (ECF)